RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Gonzalo Aguilar Doblado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>GONZALO AGUILAR DOBLADO,<br><br>    Defendant. | Case No. 2:19-cr-00242-JCM-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Gonzalo Aguilar Doblado, that the Sentencing Hearing currently scheduled on December 8, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1.     The parties are requesting that the sentencing in this case be continued until after the currently scheduled trial date for the co-defendant, Mr. Khalili, which is set for March 28, 2022.

2. Mr. Doblado is out of custody and does not oppose.

This is the first request for a continuance of the sentencing hearing.

DATED this 2nd day of December, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender | */s/ Rachel Kent*<br>By_____<br>RACHEL KENT<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GONZALO AGUILAR DOBLADO,<br><br>　　　　Defendant. | Case No. 2:19-cr-00242-JCM-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, December 8, 2021 at 10:00 a.m., be vacated and continued to April 6, 2022 at the hour of 10:00 a.m. in courtroom 6A.

　　DATED December 3, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3